UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUB BROTHERS HOLDING COMPANY, INC.,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | CASE NO. 2:26-mc-00051-JHC<br>ORDER |

This matter comes before the Court on Dub Brothers Holding Company, Inc.'s Petition to Quash Third-Party IRS Summons Pursuant to 26 U.S.C. § 7609(b)(2). Dkt. # 1. The petition is unopposed. *See* Dkt. For the reasons set forth in the petition, the Court GRANTS the petition and QUASHES the Summons served on Salal Credit Union to the extent it is construed to require production of records or documents from Petitioner's accounts. The Court DENIES the request for costs, which is unsupported by any citation to legal authority.

Dated this 21st day of September, 2026.

John H. Chun
United States District Judge